THE CITY OF DES MOINES v. McHENRY.

*Appeal from Polk District Court.*

THURSDAY, SEPTEMBER 18.

SUBMITTED on agreed statement of facts. Judgment for defendant, and plaintiff appeals.

*Bryan & Russell*, for appellant

*M. D. McHenry*, *pro se.*

SEEVERS, J. The only question in this case was determined adversely to the appellant in *Bryan v. The City of Des Moines, ante,* 590.

AFFIRMED.